1  Anoush Hakimi (SBN 228858)
      anoush@handslawgroup.com
2  Peter Shahriari (SBN 237074)
      peter@handslawgroup.com
3  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
4  7080 Hollywood Blvd., Suite 804
5  Los Angeles, California 90028
   Telephone: (323) 672-8281
6  Facsimile: (213) 402-2170
7
   Attorneys for Plaintiff
8  **SANDRA EDMONDS**

9
10                 UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| Sandra Edmonds, | CASE NO.: 2:20-cv-06115-ODW-PD |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | The Hon. Judge Otis D. Wright, II |
| MCS Fox Hills Plaza LLC, a California Limited liability Company; and Does 1-10, | Trial Date: Not on Calendar |
| Defendants. | |

The Parties hereby jointly notify the court that the matter has been resolved to the mutual satisfaction of all parties in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED:  September 9, 2020  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:   */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Sandra Edmonds

DATED: September 9, 2020  **KIMBALL, TIREY & ST. JOHN LLP**

By:   */s/ Craig McMahon*
Craig McMahon, Esq.
Attorney for Defendant, MCS Fox Hills Plaza LLC

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

|     |                                              |
| --- | -------------------------------------------- |
| 1   |                                              |
| 2   | */s/ Anoush Hakimi*                          |
| 3   | By: Anoush Hakimi                            |
| 4   | Attorney for Plaintiff Sandra Edmonds        |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT