ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SANDRA EDMONDS**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds,<br><br>        Plaintiff,<br><br>    vs.<br><br>MCS Fox Hills Plaza LLC, a California Limited liability Company; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-06115-ODW-PD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Sandra Edmonds on the one hand, and Defendant MCS Fox Hills Plaza LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants MCS Fox Hills Plaza LLC, from Plaintiff's Complaint, Case Number 2:20-cv-06115-ODW-PD. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 21, 2020        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
        Peter Shahriari, Esq.
        Attorneys for Plaintiff, Sandra Edmonds

Dated: September 21, 2020        **KIMBALL, TIREY & ST. JOHN LLP**

By: /s/ Craig McMahon
        Craig McMahon, Esq.
        Attorneys for Defendants, MCS Fox Hills Plaza LLC

## <u>SIGNATURE ATTESTATION</u>

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1  |  PETER SHAHRIARI

2

3

4  |  ___*/s/ Peter Shahriari*___
   |  By: Peter Shahriari

5  |  Attorney for Plaintiff Sandra Edmonds

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS