JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-06115-ODW (PDx) | Date | October 2, 2020 |
|---|---|---|---|
| Title | *Sandra Edmonds v. MCS Fox Hills Plaza LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**          **In Chambers**

Pursuant to Stipulation for Dismissal (ECF No. 21) and FRCP 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                              :   00

                          Initials of Preparer   SE